JONATHAN M. JACOBSON, State Bar No. 1350495 (N.Y.)
DAVID H. REICHENBERG, State Bar No. 4477477 (N.Y.)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019
Tel.:  (212) 999-5800
Fax:  (212) 999-5899
Email:  jjacobson@wsgr.com

KEITH E. EGGLETON, State Bar No. 159842
MAURA L. REES, State Bar No. 191698
DYLAN J. LIDDIARD, State Bar No. 203055
ANTHONY J WEIBELL, State Bar No. 238850
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 493-9300
Fax:  (650) 565-5100
Email: dliddiard@wsgr.com

*Attorneys for Defendant Netflix, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION<br><br>**This document relates to all actions except:**<br><br>*Pierson v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.*, No. 09-cv-2163 (N.D. Cal.); and  *Levy, et al. v. Walmart.com USA LLC, Wal-Mart Stores, Inc. and Netflix, Inc.*, No. 09-cv-2296 (N.D. Cal.) | Master File No.: 4:09-md-2029 PJH (JCS)<br>MDL No. 2029<br><br>Hon. Phyllis J. Hamilton<br><br>**[~~PROPOSED FORM OF~~]<br>FINAL JUDGMENT** |

1.   The Court having granted defendant Netflix, Inc.'s motion for summary judgment in an amended order entered on November 23, 2011, final judgment is hereby entered in favor of defendant Netflix, Inc. and against the following:

    a.   all of the Netflix subscriber named plaintiffs in MDL No. 2029; and

    b.   all members of the litigation class of Netflix subscribers certified on December 23, 2010 (ECF No. 287), as amended on August 29, 2011 (ECF No. 482), including "[a]ny person or entity in the United States that paid a subscription fee to Netflix on or after May 19, 2005 up to" September 30, 2010, except those persons who request exclusion by February 14, 2012 according to the instructions in the Fed. R. Civ. P. 23(c)(2) notice disseminated to class members on November 15, 2011.

2.   This is a final, appealable judgment.  The Court finds that there is no just reason for delay of entry of this final judgment within the meaning of Fed. R. Civ. P. 54(b).

3.   Nothing in this final judgment is intended to have any effect on those persons making claims pursuant to the class action settlement between the Netflix subscriber plaintiff class and the Walmart defendants (i.e., Wal-Mart Stores, Inc. and Walmart.com USA LLC), which was preliminarily approved by the Court on September 2, 2011.

4.   Nothing in this final judgment is intended to have any effect on the pending appeal of the Court's April 29, 2011 ruling on Netflix's motion for summary judgment with respect to the Blockbuster subscriber class actions, Case Nos. 09-cv-2163 and 09-cv-2296 in this Court (ECF Nos. 376, 476).

Dated:   ___November 29, 2011___



_____
United States District Judge

1

2          Approved as to form:

3          BY:   /s/ Robert G. Abrams
           Robert G. Abrams (*pro hac vice*)

4          BAKER & HOSTETLER LLP
5          Washington Square, Suite 1100
           1050 Connecticut Avenue, NW
6          Washington, DC 20036-5304
           Telephone:  (202) 861-1699
7          Facsimile:  (202) 861-1783
           Email: rabrams@bakerlaw.com
8
9          *Lead Counsel and Member of the*
           *Steering Committee for Plaintiffs in*
10         *MDL No. 2029*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of the document was obtained from each of the other signatories.

Dated: November 29, 2011                                  By:   /s/ Anthony J Weibell
                                                                      Anthony Weibell