**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| **IN RE ONLINE DVD RENTAL ANTITRUST LITIGATION** | **Master File No. 4:09-md-2029 PJH** <br><br> **MDL No. 2029** <br><br> **Hon. Phyllis J. Hamilton** |
| **This document relates to the following actions:** <br><br> *Resnick et al v. Walmart.com USA LLC*, <br>    4:09-cv-00002-PJH <br> *Lynch et al v. Walmart.com USA LLC*, <br>    4:09-cv-00138-PJH <br> *Sivek v. Walmart.com USA LLC*, <br>    4:09-cv-00156-PJH <br> *Orozco v. Netflix, Inc.*, 4:09-cv-00297-PJH <br> *Miscioscia v. Netflix, Inc.*, 4:09-cv-00377-PJH <br> *Weiner v. Walmart.com USA LLC*, <br>    4:09-cv-00398-PJH <br> *Magee v. Netflix Inc.*, 4:09-cv-01793-PJH <br> *Caldwell v. Netflix, Inc.*, 4:11-cv-01928-PJH <br> *Barnett v. Netflix, Inc.*, 4:11-cv-04328-PJH | [~~PROPOSED~~] ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT BETWEEN SETTLEMENT CLASS PLAINTIFFS AND WAL-MART STORES, INC. AND WALMART.COM USA LLC |

1    This matter came before the Honorable Phyllis J. Hamilton on Plaintiffs' Motion for Final
2 Approval of Settlement ("Final Approval Motion").

3    WHEREAS, a consolidated class litigation is pending before the Court entitled *In re: Online
4 DVD Rental Antitrust Litigation,* Master File No. 4:09-md-2029 PJH, MDL No. 2029 (United States
5 District Court for the Northern District of California);

6    WHEREAS, the Court has received and reviewed the Settlement Agreement entered into
7 between the Named Plaintiffs, the Settlement Class Representatives, and the Settlement Class
8 Members on the one hand, and Defendants Wal-Mart Stores, Inc. and Walmart.com, USA LLC
9 (collectively, "Wal-Mart") on the other hand, dated July 1, 2011 (the "Agreement"), and has
10 considered the terms of the proposed settlement set forth therein (the "Settlement");

11    WHEREAS, all terms used herein shall have the same meanings as set forth in the Agreement,
12 unless otherwise defined herein;

13    WHEREAS, on September 2, 2011, the Court entered its order preliminarily approving the
14 Settlement of this class action as between the Named Plaintiffs, the Settlement Class Representatives
15 and the Settlement Class Members, on the one hand, and Wal-Mart, on the other hand, and setting a
16 date and time for a fairness hearing to consider whether the Settlement should be finally approved by
17 the Court pursuant to Rule 23(d) of the Federal Rules of Civil Procedure as fair, adequate, and
18 reasonable (the "Preliminary Approval Order");

19    WHEREAS, the Court later directed that all Settlement Class Members be given notice of the
20 Settlement, and approved the form and method of notice, and of the date for the final fairness hearing;

21    WHEREAS, the Court has received declarations of Tore Hodne, Shannon Wheatman, Ph.D.,
22 and Steve McLendon attesting to the e-mailing and publication of the Notice in substantial accordance
23 with the Preliminary Approval Order;

24    WHEREAS, the Court entered a Conditional Class Certification Order on September 2, 2011,
25 which reflects the claims certified for Settlement purposes and the scope of the Settlement Class;

26    WHEREAS, the Court having considered all timely filed objections to the Settlement; and
27    WHEREAS, the Court having conducted a final fairness hearing on March 14, 2012 (the
28

"Settlement Approval Hearing"), and having considered the arguments presented, all papers filed, and all proceedings had therein;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Court has jurisdiction over the subject matter of this action, all Settlement Class Members, and all Defendants.

2. In accordance with Rule 23(d) of the Federal Rules of Civil Procedure and the requirements of due process, all members of the Settlement Class have been given proper and adequate notice of the Settlement. Based upon the evidence submitted by the parties to the Agreement, the Agreement, the arguments of counsel, and all the files, records, and proceedings in this case, the Court finds that the Notice and notice methodology implemented pursuant to the Agreement and the Court's Preliminary Approval Order (a) constituted the best practicable notice under the circumstances; (b) constituted notice that was reasonably calculated, under the circumstances, to apprise members of the Settlement Class of the pendency of the litigation, their right to object to the Settlement, and their right to appear at the Settlement Approval Hearing; (c) were reasonable and constituted due, adequate, and sufficient notice to all persons entitled to notice; and (d) met all applicable requirements of the Federal Rules of Civil Procedure, and any other applicable law.

3. The Agreement in this action warrants final approval pursuant to Rule 23(e) of the Federal Rules of Civil Procedure because it is fair, adequate, and reasonable to those it affects; it resulted from vigorously contested litigation, discovery and motion practice and extensive good-faith arm's length negotiations between the parties; and it is in the public interest. In making this determination, the Court has considered and balanced several factors, including the following factors identified by the Ninth Circuit Court of Appeals:

> (a) the strength of the plaintiffs' case;
> (b) the risk, expense, complexity, and likely duration of further litigation;
> (c) the risk of not attaining certification of a litigation class, as well as the risk of maintaining class action status throughout the course of the litigation;
> (d) the amount offered in settlement;
> (e) the extent of discovery completed, and the stage of the proceedings;

    (f) the experience and views of counsel; and

    (g) the reaction of the class members to the proposed settlement.

*See Torrisi v. Tucson Elec. Power Co.*, 8 F.3d 1370, 1375 (9th Cir. 1993). Settlements that follow sufficient discovery and genuine arms-length negotiation are presumed fair. *Hanlon v. Chrysler Corp.*, 150 F.3d 1011, 1026 (9th Cir. 1998).

  4. The Final Approval Motion is hereby GRANTED, and the Agreement is hereby APPROVED as fair, reasonable, adequate, and in the public interest, and the terms of the Agreement are hereby determined to be fair, reasonable, adequate, and for the exclusive benefit of the Settlement Class Members. The Parties to the Agreement are directed to consummate the Agreement in accordance with its terms.

  5. The Court FINDS that the following Settlement Class, conditionally certified on September 2, 2011, meets the requirements of Fed. R. Civ. P. 23(a) and 23(b)(3) and such certification is hereby made final:

> Any person or entity residing in the United States or Puerto Rico that paid a subscription fee to rent DVDs online from Netflix on or after May 19, 2005, up to and including September 2, 2011.

  6. The Court APPROVES payment of the Class Settlement Amount in accordance with the terms of the Agreement.

  7. The Court APPROVES payment of Class Representative Incentive Payments to Bryan Eastman, Amy Latham, Melanie Misciosia Salvi, Stan Magee, Michael Orozco, Andrea Resnick, Lisa Sivek, Michael Weiner, and Scott Caldwell in the amount of $5,000.00 each.

  8. The Court APPROVES payment of Attorneys' Fees of $ 6,812,500.00 and Costs to Class Counsel in the amount of $ 1,700,000.00 in accordance with the terms of the Agreement.

  9. The allocation plan is hereby APPROVED as fair, adequate, and reasonable. The Class Settlement Amount shall be distributed in accordance with the terms of the Agreement. Monies transferred to the QSF for purposes of paying the Attorneys' Fees and Costs awarded in Paragraph 7, shall be distributed to Class Counsel. Once Wal-Mart pays such monies into the QSF, Wal-Mart shall

have no further liability as to the allocation of such funds. The Court further finds that no attorneys have asserted any attorney liens as to the attorneys' fees and costs awarded by the Court.

10. The Litigation as between the Named Plaintiffs, the Settlement Class Representatives, and the Settlement Class Members on the one hand, and Wal-Mart on the other hand, is DISMISSED WITH PREJUDICE and without costs to any Party, other than as specified in the Agreement and this Order.

11. In consideration of the Class Settlement Amount, and for other good and valuable consideration, each of the Releasing Settlement Class Members shall, by operation of this Judgment, have fully, finally, and forever released, relinquished, and discharged all Settlement Class Member Released Claims against Wal-Mart in accordance with Section 15.1 of the Agreement, the terms of which section are incorporated herein by reference; shall have covenanted not to sue Wal-Mart with respect to all such Settlement Class Member Released Claims; and shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any such Settlement Class Member Released Claim against Wal-Mart.

12. For good and valuable consideration, Wal-Mart shall, by operation of this Judgment, have fully, finally, and forever released, relinquished, and discharged all Wal-Mart Released Claims against the Releasing Class Members in accordance with Section 15.2 of the Settlement Agreement, the terms of which section are incorporated herein by reference; shall have covenanted not to sue Releasing Class Members with respect to all such Wal-Mart Released Claims; and shall be permanently barred and enjoined from instituting, commencing, prosecuting, or asserting any such Wal-Mart Released Claims against Releasing Class Members.

13. This Judgment is the Final Judgment in the suit as to all Settlement Class Member Released Claims.

14. Those persons or entities eligible for membership in the Settlement Class who timely submitted valid requests for exclusion are not bound by this Judgment, and are not entitled to any recovery from the settlement proceeds obtained through the Settlement. Those persons or entities are listed in Exhibit A to this Order.

15. Without affecting the finality of this Judgment in any way, this Court retains jurisdiction over (a) implementation of the Settlement and the terms of the Agreement; (b) distribution of the Class Settlement Amount, the Class Representative Incentive Payments, the Attorneys' Fees and Costs Amount; and (c) all other proceedings related to the implementation, interpretation, administration, consummation, and enforcement of the terms of the Agreement and the Settlement, and the administration of Claims submitted by Settlement Class Members. The time to appeal from this Judgment shall commence upon its entry.

16. In the event that the Settlement Effective Date does not occur, this Judgment shall be rendered null and void and shall be vacated, nunc pro tunc, except insofar as expressly provided to the contrary in the Agreement, and without prejudice to the status quo ante rights of Plaintiffs, Settlement Class Members, and Wal-Mart.

17. This Court finds that there is no just reason for delay and expressly directs Judgment and immediate entry by the Clerk of the Court.

**IT IS SO ORDERED.**

Dated: 3/29/12

_____
Honorable Phyllis J. Hamilton
United States District Court Judge

# EXHIBIT A

Class Members Requesting Exclusion

| | | |
|---|---|---|
| AARON TALLMAN | ANDREW KOCH | BARBARA BULLOCK |
| ABBY DOHNER | ANGEL MUNGUIA | BARBARA J RANANDO |
| ADAM KETCHER | ANGELA BECK | BARBARA J SPECK |
| ADRIAN FRANKS | ANGELA FOPPIANO | BARBARA M TOBIN |
| ADRIAN HERBEK | ANITA FRAZIER | BARTON MARKS |
| AIMEE CALDWELL | ANITA GIBSON | BARTON QUILLEN |
| AIMEE LEOPOLD | ANN and WICK GUBLER | BENJAMIN CAUDILL |
| AJITHA DE SILVA | ANN ELWELL | BENJAMIN ELMORE |
| ALAN HORTON | ANNA DE VERA | BENJAMIN LOWRY |
| ALBERT FEINSTEIN | ANNA GEHRIGER | BERNARD J PUROL |
| ALEJANDRA ORTEGA | ANNA MARIE MOLLOY | BERNARD MEIN |
| ALESSANDRA BUSCHMAN | ANNE BUTZEN | BERNICE BOLEK |
| ALEXANDER UTTER | ANNE LEGARE | BETH BOWER |
| ALICE SCHWEGMAN | ANNE M DELVILLANO | BETH SCHWARTZ |
| ALLEGRA HARRINGTON | ANNIE GREEN | BETHANY KULP |
| ALLISON FELL | ANTHONY CASOLA | BETHANY WATTS |
| ALYONE RILEY | ANTONELLA ABRUDI | BETTY L SLIDER |
| AMANDA AND MICHAEL BASS | ANTONETTE CICCARELLI | BHARAT BHATIA |
| | ANUJ PARIKH | BILL COOPER |
| AMANDA BERG NORTON | ARIADNE MONTARE | BILL DAVIS |
| AMY KIRK | AUDRA JONES | BILL HALTON |
| AMY SAMUEL | AVERY LAWRENCE | BILL STURBAUM |
| ANDERS GILCHRIST | AVIS BRICE | BOB and STEPHANIE BAKER |
| ANDREA DOERING | B.D. GRIBBEN | BOB BONSKOWSKI |
| ANDREA FROME | BARBARA A BRADLEY | BOB GREEN |
| ANDREW CORRIGAN | | |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| BOBBIE MISHLER | CATHERINE CAUDLE | CHRISTOPHER DISBROW |
| BOBBY POWELL | CATHERINE HOWELL | CHUCK BRANDON |
| BONITA COFFIN | CATHERINE SULLIVAN | CINDRA OTTO |
| BONITA TORPE | CATHIE RUTKIN | CINDY JENNINGS |
| BRADLEY BROCK | CECIL DAVIS | CINDY PASKE |
| BRETA ALTER | CECILIA JOHNSON | CINDY SMITH |
| BRIAN SCOTT | CHARLES CASTLE | CLAIRE NUSSBAUM |
| BRIDGET DALY | CHARLES DEBOW | CLARA YOS |
| BRIDGET GERLACKI | CHARLES DUKE | CLASINA VAN VELZEN-STUP |
| BRIDGETTE BROWN | CHARLES REINHEIMER | CLAUDIO ALVES DE LIMA |
| BRYCE R LENSING | CHARLES SAYLOR | CONSTANCE KILGORE |
| C FARRINGTON | CHARLES VENEZIA | CONSTANCE PARSONS |
| C NICHOLAS AND JEAN M FERLAZZO | CHARLOTTE PAULY | CORBIN NAEKEL |
| | CHEVONNE MALONE | CRAIG HARPER |
| CALLEY SCOTT | CHOL SONG | CRUZ M GOBEA |
| CALLIE C HAWKINS | CHRIS BIHLER | CRYSTAL WILKIE |
| CAMERON MCGOWAN CURRIE | CHRISTA L GRENIER | CURTIS HALL |
| CARA STUKES | CHRISTE MCMENOMY | CYNTHIA COATS |
| CAREN WITMER | CHRISTINA BOAVAIRD | DANETTE MORRIS |
| CARLA J PATAT | CHRISTINE LINDEWALD | DANIEL BODDICKER |
| CARLO MONTICELLI | CHRISTINE MADONNA | DANIEL BRAZ |
| CAROL C WESLEY | CHRISTINE RENAUDIN | DANIEL KENYON |
| CAROL LETSON | CHRISTINE RYALS | DANIEL MANNING |
| CAROL WOODS | CHRISTINE SOLTIS | DANIELLE RORICK |
| CARROLL LISLE | CHRISTOPHER ALAN PENNY | DARIUSZ JURA |

Class Members Requesting Exclusion

| | | |
|---|---|---|
| DARLENE GARBE | DIEM NGUYEN | ELAINE WEMPEN |
| DARREN SIMPSON | DIONESIA DIMITRIOU | ELEANOR CHIN |
| DAVID C DELMER | DOLORES PEPE | ELENA DAVIS |
| DAVID SIMPSON | DON AND KAREN NICHOLS | ELIDA D WILSON |
| DAVID SPURGEON | DONALD L HIBSCHWEILER | ELIZABETH DAVIS |
| DAVID THOMPSON | DONNA and LAWRENCE LEGGETT | ELIZABETH HANSEN |
| DAVID VILGOS | | ELIZABETH MACKENZIE |
| DAVID WAKEFIELD | DONNA CANJA | ELIZABETH S WEBBINK |
| DAVID WEST | DONNA DYER | ELIZABETH VERMILLION |
| DAWN MARSHALL | DONNA FERGUSON | ELIZABETH ZANCA |
| DAYNA STUECK | DONNA LO SCHIAVO | EMILY LANGE |
| DEBBIE EASLEY | DONNA MENDONCA | ERIC M ARMSTRONG |
| DEBBIE HASKELL | DONNA SCHWERIN | ERIC SHOREY |
| DEBBIE SPINKS | DORE KESTERSON | ERIN BOOTLE |
| DEBBIE TERRY | DOREEN GALLAGHER | ERIN JAEGER |
| DEBORAH ZACHA | DORI E KRUGER | ERIN SUTYLA |
| DEE DEE BABICH | DORIS VIRDEN | EUGENE P SCHWENK |
| DELORES POWERS | DOUGLAS FLORES | EUNICE CHUNG |
| DENISE MIRA | DR ALAN O PERANTONI | FERN GARDNER |
| DENISE MUNOZ | DT SHANTHA | FLAVIL GEORGE |
| DENNIS BEAUJEAN | E.J. HEALEY JR | FORRES MEADOWS |
| DENNIS E HAMILTON | EDWARD AND SHARON SHEPPARD | FRAN GIGLER |
| DIANE GRADY | EILEEN ERVING | FRAN HAWKINS |
| DIANE GRANBERY | EILEEN WALTON | FREDERICK MACASKILL |
| DIANNA LITTLE | ELAINE M MOORE | GAIL WEGNER |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| GARLAND DAVIS | GUILERMO A SANCHEZ | JAMES REAGAN |
| GARY BLOMQUIST | GUILLERMO SANCHEZ | JAMES THOMPSON |
| GARY BUDDELL | HALEE MANNING | JAN MAIER |
| GARY NARHRWOLD | HALEY KINDREX | JANE JOHNSON |
| GAY HOLMES | HAROLD HOROWITZ | JANE PITTMAN-HAWKINS |
| GENA HYMOWECH | HEATHER KING | JANE W ARRINGTON |
| GENE ARNOLD | HEIDI BROWARD | JANET DENISI |
| GENE V ELLIS | HELEN ALEXANDER | JANET GAINES |
| GENIEVE MAESTAS | HELEN DEWEY | JANET MARTIN |
| GEORGE CANNING | HENRY BOESCH | JANICE RATHGEB |
| GEORGEL L GRIGGS | HENRY C KLAPUT | JASON CURTIS |
| GERALD GALLIMORE | HILARY NEGELE | JASON PERKINS |
| GINA C ESCARPANTER | HILLARY and EDWARD PROKOP | JASON TOMFORDE |
| GISELLE GLEASON | | JAY LINDSAY |
| GITI UNDERHILL | HUGH KEITH-JOHNSTON | JAY NOLTE |
| GIULIO BRUNI | IRENE ROUTSON | JAY WILLIAM MCDANIEL |
| GLORIA BUCHANAN | IRWIN STOLOWITZ | JAYCEN WOODS |
| GLORIA SCHWEITZ | JACK AND CORINNE MCCLARAN | JEAN KESSLING |
| GORDON SPENCER | JACOB TIMM | JEAN M LANGLEY |
| GREG AND KAREN CHALMERS | JACQUELINE KURAJ | JEANNA WILLIAMS |
| | JAIME SEGURA | JEANNE M VAN EEPOEL |
| GREG HALL | JAMES AND BARBARA LEWIS | JEFF AND PAMELA NORTHRUP |
| GREGORY AND MICHEL JACKSON | JAMES DOHERTY | JEFF BOHN |
| GREGORY BELILES | JAMES F KAMPHAUS | JEFF SUTHERLAND |
| GREGORY MCDANIEL | JAMES P CUTONE | JEFFREY MORIN |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| JEFFREY WHITE | JOEL AND MELINDA OESTER | JOSEPH J COMINCIOLI |
| JENA MORKEN | JOEL MILLER | JOSEPH M PROCACCINI |
| JENNIFER CHASE | JOHANNA FENICLE | JOSEPH YORK |
| JENNIFER MCCLARREN | JOHN AND EVELYN LA FOND | JOSH TAPANI |
| JENNIFER MURRAY | JOHN and GAYLEE FIEL | JOSH WHITTENBERG |
| JENNIFER RUNION | JOHN BOLAN | JOSHUA MARZAN |
| JENNIFER SWISHER | JOHN CHENEVEY | JOSHUA MISHLER |
| JENNIFER VANDERSCHANS | JOHN DARDEN | JOY COFFEY |
| JEREMIAH COLEMAN | JOHN GORMAN | JOYCELYN LANGEVIN |
| JERI MARKHAM | JOHN K EGGENBERGER | JUANITA WASSMANN |
| JERRI RUDNICK | JOHN MARQUIS | JUDITH PERLOW |
| JESSICA DENEEN ONORATO | JOHN MIXON | JUDY CABLE ANDERSON |
| JESSICA ELWELL | JOHN PURTYMUN | JUDY PANCAKE |
| JESSICA MARTINEZ | JOHN R GUARINO | JUDY VAN BLARCOM |
| JESSICA MELORO | JOHN R SUBERT | JULIA ANDERSON |
| JIM ROHR | JOHN RAGLAND | JULIA E LITTLE |
| JOAN A WALKER | JOHN SAMSON | JULIA HARRISON |
| JOANN and MICHAEL PETOSA | JOHN W MORGAN | JULIE EAKLOR |
| JOANN ROBISON | JOHN WISSENBACH | JULIE GILL |
| JOANNE B GLOTZBACH | JON HAGAR | JULIE RITCHISON |
| JOANNE CRAIG | JONATHAN REAGAN | JULIE TRIPP |
| JODI AND DENNIS WILLIAMS | JORGE MENDOZA | JULIO TEJADA |
| JODIE SCREES | JOSEPH CARRERA | JULLIENNE FERRER |
| JOE AND LORIE PEADEN | JOSEPH E HASTINGS | JUSTIN AND DANA BURIE |
| JOE WOLFORD | JOSEPH GREENWOOD | JUSTINE YALEY |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| KAREN BELSKY | KEVIN RYAN | LEAH CHRUANA |
| KAREN BERG | KEVIN WONG | LEE BAKER |
| KAREN MORGANTE | KIM SABELLA | LEE DUNCAN |
| KARI HYMAS | KIM SCHWADERER | LEE JOHNSON |
| KASEY HARGAN | KIM WEST | LEN AND CONI BILLINGS |
| KATE WALSH | KIMBERLEY SCHONECK | LENOR EICHER |
| KATHERINE LYNN | KIMBERLY OMELSON | LENORA MITCHELL |
| KATHLEEN BRANDON | KIMBERLY SCHEPER | LESELYN GREENWALD |
| KATHLEEN N SKEERS | KJELL GUNDERSEN | LESLIE ROSE |
| KATHLEEN SIESS | KRISTA B POPE | LESTER SLIFKIN |
| KATHRYN MARTIN | KRISTI JONES | LINDA BUELL |
| KATHY JO HAWKINS | KRISTIN BROOKE BENTON | LINDA CLARK |
| KATIE SMITH | KRISTIN HERSHEY | LINDA FERGUSON-DAVIE |
| KAY DOSTAL | KRISTINA COOPER | LINDA KEIM |
| KEITH AND KARLA ROUNSAVILLE | KURT SERMAS | LINDA KELLEY |
| | LACHELLE M CURTIS | LINDA MCDONNELL |
| KEITH B BURRISS | LARRY JAQUES | LINDSEY GOODMAN |
| KEITH CHAMBERS | LATHER W POWELL SR | LISA MEYER |
| KELLIE L ALTMAN | LAURA BROOKS | LOULAN PITRE JR |
| KELLY KOENIGS | LAURA STOTT | LUCILA NIGRO-WING |
| KENNETH BASSETT | LAUREN OWSLEY | LUCILLE GROSSI |
| KENNETH HUFF | LAUREN SCOTT | LYNAE ENGLAND |
| KENNETH LINEMAN | LAUREN SHUTE | LYNN ESTER |
| KENT VAN EVERY | LAURIE GETER | LYNN KLINE |
| KERMON CARTER | LAVINA JOHNSON | LYNNE BROUGHER |
| KEVIN PODKOWKA | | |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| MACKENZIE ROCHA | MARLENE HALACKA | MELODY and JAMES GREGG PARSONS |
| MADELYNE BARNETT | MARLENE HARESIGN | MELONY KAWAMURA |
| MAGDA COLBERG | MARNEY LIEBERMAN | MERCEDES RUIZ |
| MALKE ROTH | MARVITA GRIMES | MEREDITH STROBLE |
| MALLORY BOEYINK | MARY AND ROBERT HEISSERMAN | MICAHEL BARRESE |
| MANDY CUNNINGHAM | MARY ANGIN | MICHAEL AND MANDY MELICK |
| MANUEL SERRATOS | MARY ANN METCALF | MICHAEL FINK |
| MARGARET HARDY-MITCHELL | MARY AYERS | MICHAEL GARRISON |
| MARGARET HOERST | MARY DRAEGER | MICHAEL J BROCK |
| MARGARET ROBERTS | MARY ELKINS | MICHAEL LIM |
| MARGE STANDING | MARY GILLETTE | MICHAEL LINEBACH |
| MARIAM SHAMI | MARY KAY JOENS | MICHAEL SMUDA |
| MARIAN WILKES | MARY S ASHMAN | MICHELE AND JAMIE PREDER |
| MARIANNE WEIDLEIN | MARY STYFFE | MICHELE JUDGE |
| MARIE SAMUEL | MARY TIPTON | MICHELLE ANN HOSTMEYER |
| MARILYN A ZANDER | MARY YOUNG | MICHELLE BOOTH |
| MARION BOLIN | MATT BROWN | MILLICENT RUMMEL |
| MARISA MADRID | MATT SNYDER | MIRIAM MEYERS |
| MARISSA and ROBERT RADOVAN | MATTHEW NICKEL | MITRA RAHNEMA |
| | MATTIE DAVIS | |
| MARK BURKE | MAUREEN BROOK | MONICA R GREY |
| MARK D HENDERSON | MEGAN HOCHSTEDLER | MONICA WERNER |
| MARK H GERTH | MELISSA J COOK | MORGAN GOKEY |
| MARK SQUIRES | MELISSA MURZ | MUNIR KADERBHAI |
| MARLENE GRIFFIN | MELISSA TODD | MYRNA J STANER |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| MYRTLE KILION | NORMA LEBARON | PETER TRINKLE |
| NANCY B STEWART | NOZAR MOZAKA | PETER ZUG |
| NANCY CHRISTIE | PALLAVI BANDODKAR | PHIL PETERSON |
| NANCY CLARK | PAM AND BILL BUCKLEY | PHILIP NELSON |
| NANCY DZUROSKA | PAMELA KESTER | PHYLLIS SYLVESTER |
| NANCY E ANKLAM | PAT ALLEN | PILAR ORLANDI |
| NANCY E MILLER | PAT HEUER | RALPH L HERGENRADER |
| NANCY HOLT | PAT WALLACE | RAMONA M SOULE |
| NANCY LAWRENCE | PATRICE MALLERY | RAULIE W CASTEEL |
| NANCY MONTANA | PATRICIA A WALLACE | RAY and GRACE STANCZAK |
| NANCY S BARBER | PATRICIA ALLEN | RAYMOND and MARJORIE SULLIVAN |
| NANCY ST GERMAIN | PATRICIA COTTER | REBECCA BENAROYA |
| NATALIA TAN | PATRICIA H TODD | REBECCA MEIERS |
| NATHAN KENNEDY | PATRICIA KELLY | REGINA SEUS |
| NATHAN SCHULTZ | PATRICIA MEEKS | REGINE BAUS |
| NATHANIEL PAINE | PATRICIA SWINTON | RESIDENT |
| NELIDA RIVAS | PAUL AND ARLYS SLAUGHTER | RICHARD DARLING |
| NELSON DEGRACIA | PAUL AND NOREEN BETTEN | RICHARD E TYNER |
| NIALL DURHAM | PAUL CROSSMAN | RICHARD GOSS |
| NICHOLAS BARNARD | PAUL E BARKER | RICHARD PRICE |
| NICK SWATEK | PAUL R PARK | RICHARD R DENSON |
| NICKIE COOK | PAUL REECE | ROB COATSWORTH |
| NIMA BAGHAEI | PAULA A BUREAN | ROBERT AND MARIANNE GREEN |
| NON FINKELSTEIN | PAULA STOKES | ROBERT AND SUSAN GLEICH |
| NOREENE LINTON | PEGGY THOMPSON | |

Class Members Requesting Exclusion

| | | |
|---|---|---|
| ROBERT E WHITMORE | RYAN DIONNE | SHELLY MARTIN |
| ROBERT KELLY | SACHIKO HIRAI | SHIRLEY COOK |
| ROBERT NOTSON | SAHRON ELLESTAD | SHIRLEY KOZENIESLAY |
| ROBERT RUTZEL | SALLY LEPPALA | SIMEON D MISHEV |
| ROBERT WICK | SAM EDWARDS | SIMONE LEE |
| ROBERT WILLIAMS | SAMUEL SPENCER | SKIP IREDALE |
| ROBERTA RICHARDS | SANDRA SCHOTT | STACI CULOTTA |
| ROBIN GOHLKE | SARA MAY | STANLEY G WILLIAMS |
| ROBIN IRWIN | SARAH REILLY | STEFANIE SHATRICH |
| ROBIN LEWIS | SARAH SCHUETZ | STEPHANIE NGUYEN |
| ROD RIGOS and BARBARA GLADHART RIGOS | SCOTT AND MADELINE WETMORE | STEPHANIE PEARSON |
| | | STEPHANIE WILLIAMS |
| ROGER WIER | SCOTT HIIGEL | STEPHANIE WOOD |
| ROLAND SCHREIBER | SCOTT MCCARTHY | STEPHEN BEELER |
| ROMAN BRUSOVANKIN | SCOTT MEYER | STEPHEN G RIDDLE |
| RON and SHERRY LAWLOR | SCOTT MILLER | STEPHEN NOJEK |
| RONALD F HOMEIER | SEAN KAZI | STEVE FLETCHER |
| RONALD WELLMAN | SHAHRAN GROSS | STEVE OVERLIN |
| ROSE and MELVYN REMOLADOR | SHANNON WYMAN | STEVE OWENS |
| ROSEMARIE SHEPERD | SHARON and BEVERLY MINNICH | STEVEN C SANDSTROM |
| ROSEMARY PALMER | SHARON BERDINE | STEVEN CHIN |
| ROY OSTEEN | SHARON HOLLOW | SUE SEITHAMER |
| RUSTY MAYBORNE | SHARON NELSON | SUSAN A FRANTZICK |
| RUTH SILEN | SHAWN L BRADLEY | SUSAN HATCLIFF |
| RYAN ANDREW BOWLING | SHELDON BOATRIGHT JR | SUSAN HUTCHINSON |

Exhibit B

Class Members Requesting Exclusion

| | | |
|---|---|---|
| SUSAN SANDERS | TINA FAIRBANKS | WINFRED ALDINGER |
| SUSAN SQUIRES | TINA PANIZZOLI | WOODY WURSTER |
| SUZANNE DIAZ | TJ PIERCE | YEHUDA SKVERSKY |
| SUZANNE MCLAUGHLIN | TODD CAULEY | YOLANDA REINHARD |
| SYLVIA J MACUMBER | TODD GAERKE | ZELMA MEREDITH |
| SZYMON KOZACZKA | TOM MCCORMICK | ZOEY PHOENIX |
| TAMMI WRIGHT | TRAVIS CROUCH | |
| TAMMIE EGER | TYLER DIXON | |
| TAMMY IVERSON | URSULA SNOVER | |
| TAMRA MCKEE | V L CLARK | |
| TANYA SATTLER | VICTORIA BELLE-MILLER | |
| TARA WISE | VIRGINIA LAWRENCE | |
| TAYA BALDWIN | VIRGINIA VROEGOP | |
| TED ASSATLY | WACO MACHETT | |
| TERESA ATCHISON | WALTER FLAVE HART III | |
| TERRI ROBERTSON | WAYNE DAY | |
| THEODORE LEACH | WENDY ZAMPARDI | |
| THOMAS AND CAROL DEMERY | WESLEY KNOUSE | |
| THOMAS and KATHRYN GROSSI | WILLIAM B CONTOIS | |
| | WILLIAM BAILEY | |
| THOMAS BECKER | WILLIAM FRAZIER | |
| THOMAS CZERWINSKI | WILLIAM HIGHTOWER | |
| THOMAS DEVAUGHN | WILLIAM JELLISON | |
| TIFFANY MACKENZIE | WILLIAM PENNER | |
| TIMOTHY M JONES | WILLIAM W REYNOLDS | |

Exhibit B

## **CERTIFICATE OF SERVICE**

I, Leslie R. Cuesta, hereby declare as follows:

I am employed by Berman DeValerio, One California Street, Suite 900, San Francisco, California, 94111.  I am over the age of 18 years and am not a party to this action.  On March 28, 2012, using the Central District of California's Electronic Case Filing System ("ECF"), with the ECF ID registered to Christopher T. Heffelfinger, and at his direction, I filed and served true and correct copies of the document(s) described as follows:

**[PROPOSED] ORDER AND FINAL JUDGMENT APPROVING SETTLEMENT BETWEEN SETTLEMENT CLASS PLAINTIFFS AND WAL-MART STORES, INC. AND WALMART.COM USA LLC**

The ECF System is designed to automatically generate an e-mail message to all parties in the case, which constitutes service.

I further declare that on March 28, 2012, I served true and correct copies of the document(s) listed above on the following attorneys and/or parties, who are not on the list to receive e-mail notices for this case, by transmitting a true and correct Portable Document Format (PDF) copy via email the document(s) listed above on this date before 5:00 p.m. PDT to the person(s) at the email address(es) set forth below:

Gregory L. Baker
**BAKER & HOSTETLER LLP**
1050 Connecticut Ave., NW
Washington, DC 20036
gbaker@bakerlaw.com

Raymond J. Farrow
**KELLER ROHRBACK, L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
rfarrow@kellerrohrback.com

Daniel N. Gallucci
**RODA NAST, P.C.**
801 Estelle Drive
Lancaster, PA 17601
dgallucci@rodanast.com

Nghana Lewis Gauff
**BECNEL LAW FIRM, LLC (RESERVE)**
106 W. Seventh St.
P. O. Drawer H
Reserve, LA 70084
ngauff@becnellaw.com

Archie C. Lamb, Jr.
**LAW OFFICES OF**
  **ARCHIE C. LAMB, JR.**
2017 Second Avenue North
Second Floor
Birmingham, AL 35203
alamb@archielamb.com

[PROPOSED] ORDER AND FINAL JUDGMENT; Master File No. 4:09-md-2029 PJH

| | |
|---|---|
| 1  Irwin Levin | Richard M. Volin |
|    **COHEN & MALAD** | **FINKELSTEIN THOMPSON &** |
| 2  136 N. Delaware Street | **LOUGHRAN** |
|    Suite 300 | 1050 30th Street, NW |
| 3  Indianapolis, IN 46206 | Washington, DC 20007 |
| 4  ilevin@cohenandmalad.com | rvolin@finkelsteinthompson.com |
| 5  Paula W. Render | Stewart M. Weltman |
|    **JONES DAY** | **FUTTERMAN HOWARD WATKINS** |
| 6  77 West Wacker | **WYLIE & ASHLEY CHTD** |
|    Chicago, IL 60601 | 122 South Michigan Avenue |
| 7  prender@jonesday.com | Suite 1850 |
| 8 | Chicago, IL 60603 |
|    Joseph F. Roda | sweltman@futtermanhoward.com |
| 9  **RODA NAST, P.C.** | |
|    801 Estelle Drive | |
| 10 Lancaster, PA 17601 | |
|    jroda@rodanast.com | |

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed at San Francisco, California, on March 28, 2012.

*Leslie R. Cuesta*
Leslie R. Cuesta

---

[PROPOSED] ORDER AND FINAL JUDGMENT; Master File No. 4:09-md-2029 PJH